UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |
|---|---|
| HARTFORD UNDERWRITERS INSURANCE COMPANY, TWIN CITY FIRE INSURANCE COMPANY, HARTFORD FIRE INSURANCE COMPANY, PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD, TRUMBULL INSURANCE COMPANY and HARTFORD CASUALTY INSURANCE COMPANY,<br><br>          Plaintiffs,<br><br>v.<br><br>OMEGA RESOURCE SOLUTIONS, LLC,<br><br>          Defendants. | Case No.: 2:18-cv-12907<br><br>Judge Nancy G. Edmunds<br><br>Magistrate Stephanie Dawkins Davis |

## ORDER GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

This matter having come before the Court on Plaintiffs' Motion for Default Judgment, a hearing having been held, and the Court being otherwise fully apprised in the premises hereof; **NOW THEREFORE**:

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Default Judgment is GRANTED;

**IT IS HEREBY FURTHER ORDERED** that the Clerk is directed to strike Defendant's answer; and

**IT IS HEREBY FURTHER ORDERED** that a default judgment shall be entered by the Clerk in Plaintiffs' favor and against Defendant Omega Resource Solutions, LLC.

**IT IS SO ORDERED**.

*This Order resolves all remaining claims and the case is to be closed.*


Date: May 20, 2019           s/ Nancy G. Edmunds
                             Honorable Nancy G. Edmunds
                             United States District Court Judge