AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern Dist. of Michigan, S. Div.

| | |
|---|---|
| Hartford Underwriters Insurance Company, et al. <br> *Plaintiff* <br> v. <br> Omega Resource Solutions, LLC <br> *Defendant* | ) ) ) ) ) ) Civil Action No. 2:18-cv-12907 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* Hartford Underwriters Insurance Compnay, et al. recover from the defendant *(name)* Omega Resource Solutions, LLC the amount of one million four hundred nine thousand eight hundred fourteen dollars ($ 1,409,814), which includes prejudgment interest at the rate of 3.687 %, plus post judgment interest at the rate of 2.33 % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Nancy G. Edmunds  *Nancy Edmunds*  on a motion for Default Judgment

Date: 5-20-19

CLERK OF COURT

*Lisa C Bartlett*

Signature of Clerk or Deputy Clerk