**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

HARTFORD UNDERWRITERS
INSURANCE COMPANY, TWIN
CITY FIRE INSURANCE COMPANY,
HARTFORD FIRE INSURANCE
COMPANY, PROPERTY AND
CASUALTY INSURANCE
COMPANY OF HARTFORD,
TRUMBULL INSURANCE COMPANY And
HARTFORD CASULATY INSURANCE
COMPANY,

      Plaintiffs,
v.

OMEGA RESOURCE SOLUTIONS, LLC,

      Defendant.
_____/

Case No. 18-12907

Honorable Nancy G. Edmunds
Magistrate Judge Kimberly G. Altman

**ORDER AND OPINION ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S MAY 21, 2021 REPORT AND RECOMMENDATION [43]**

This matter is before the Court on the Magistrate Judge's May 21, 2021 Report and Recommendation. (ECF No. 43.) The Magistrate Judge recommends that the Court deny Plaintiffs' Motion Under Fed. R. Civ. P. 69 For Post-Judgment Discovery, Execution of Judgment, and to Pierce the Corporate Veil of Omega Resource Solutions, LLC (ECF No. 27). The Court has reviewed the record and the pleadings, including the Report and Recommendation. None of the parties filed objections to the Magistrate Judge's Report and Recommendation. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 09-10933, 2012 WL 3639070, at *1 (E.D. Mich. Aug. 24, 2012) (citation omitted). The Court nevertheless

1

agrees with the Magistrate Judge's recommendation. The Court therefore ACCEPTS and ADOPTS the Magistrate Judge's Report and Recommendation and DENIES Plaintiffs' motion.

    SO ORDERED.

                              s/Nancy G. Edmunds
                              Nancy G. Edmunds
                              United States District Judge

Dated:  June 9, 2021

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 9, 2021, by electronic and/or ordinary mail.

                              s/Lisa Bartlett
                              Case Manager